UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br> v. <br><br> WEST CENTRAL PRODUCE, INC., <br><br> Defendant, <br> v. <br><br> WELLS FARGO BANK NA, <br><br> Garnishee. | Case No. MC20-0098RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, West Central Produce, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Wells Fargo Bank NA. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on October 28, 2020.

Dated this 6th day of November, 2020.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge