UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>     Plaintiff,<br>  v.<br>WEST CENTRAL PRODUCE, INC., a California corporation,<br>     Defendant,<br>  v.<br>WELLS FARGO BANK, N.A.,<br>     Garnishee-Defendant. | NO. MC20-0098-RSL<br><br>ORDER RELEASING GARNISHEE |

  THIS MATTER coming on for consideration at Plaintiff's request, Plaintiff's Motion for Entry of an Order Releasing Garnishee, and the Court having reviewed the records and file herein and the affidavit of Thomas A. Leahy in support of the motion, and being fully advised in the premises, NOW, THEREFORE;

  IT IS HEREBY ORDERED that the garnishee, Wells Fargo Bank, be and it hereby is fully and completely released from any duty under that certain Writ of Garnishment dated November 6, 2020, in the sum of $138,890.65, which was served upon said garnishee on December 2, 2020. Any funds being held by the garnishee under that Writ of Garnishment should be released by it back into defendant's account with the garnishee.

  Dated this 10th day of December, 2020.

               */s/ Robert S. Lasnik*
               Robert S. Lasnik
               United States District Judge

Presented for Entry by:


REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: s/Thomas A. Leahy
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: tom@rmbllaw.com
Attorneys for Plaintiff